AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID A. KRAUSE<br>*Defendant* | )<br>)<br>)   Case No.   97-CR-169<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DAVID KRAUSE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of supervised release

Date: 02/23/2009

*Issuing officer's signature*

City and state:   Buffalo, New York

Michael J. Roemer, Clerk of Court
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* **OR ABOUT** 2/23/2009, and the person was arrested on *(date)* 12/15/2009 at *(city and state)* GOWANDA, New York. | |
| Date: 12/16/2009 | *Arresting officer's signature*<br><br>Khari Davis Deputy U.S. Marshal<br>*Printed name and title* |