UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                    **97-CR-169-WMS**

        v.                                  **RESPONSE TO GOVERNMENT
                                             MOTION TO FILE VICTIM
                                             IMPACT STATEMENTS**

DAVID A. KRAUSE,

           Defendant,

_____


**KIMBERLY A. SCHECHTER,** affirms under penalty of perjury that:


I am an Assistant Federal Public Defender in the Western District of New York and was

assigned to represent David A. Krause, on September 27, 2010.  I make this affirmation in

opposition to the Government's motion for a protective order and order to seal victim impact

statements to the extent that it seeks permission to file statements involving an unrelated offense

that occurred 13 years ago. (*see* Document No. 45).


In Document No. 45, the Government requests that impact statements submitted by the

mother and girlfriend of one of the victims relating to a crime committed by David Krause in

1997 be considered now for the sentencing of Mr. Krause for an unrelated offense.


It is respectfully submitted that such statements are irrelevant to the presently charged

violation offense with occurred on September 17, 2010. The conduct alleged in the September

17, 2010, incident has nothing to do with the past offense.

While the defense concedes that the court may consider many factors when imposing sentence, it is submitted that this is a misuse of the statute and serves no legitimate purpose other than to inflame the court.  The authors of the Impact Statements are not victims of the crime for which Mr. Krause now faces sentencing and therefore are not victims under the Crime Victims' Rights Act.

As such, it is respectfully requested that the statements be neither considered, nor filed, relevant to the upcoming sentencing.

**DATED**:      Buffalo, New York, October 27, 2010.

Respectfully submitted,

**/s/Kimberly A. Schechter**
Kimberly A. Schechter
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 Fax
kimberly_schechter@fd.org
Counsel for Defendant David A. Krause

**To:**    Paul J. Campana
         Assistant United States Attorney

         Wm. Brian Burns
         United States Probation Officer

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                          **97-CR-169-WMS**

       v.

DAVID A. KRAUSE,

       Defendant.

_____


### CERTIFICATE OF SERVICE


I hereby certify that on **October 27, 2010**, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.     Paul J. Campana
       Assistant United States Attorney
       Western District of New York
       138 Delaware Avenue, Federal Centre
       Buffalo, New York 14202


And, I hereby certify that I have e-mailed the document to the following non-CM/ECF participant(s).

1.     Wm. Brian Burns
       U.S. Probation Officer
       U.S. Probation Department
       404 U.S. Courthouse
       68 Court Street
       Buffalo, New York 14202


                                   **/s/ Kimberly Schechter**
                                   Assistant Federal Public Defender

AO 72A
(Rev. 8/82)