PROB 12B
(12/98)

# United States District Court

for

The Western District of New York

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** David A. Krause                    **Case Number:** 1:97CR00169-001

**Name of Sentencing Judicial Officer:** William M. Skretny, Chief U.S. District Judge

**Date of Original Sentence:** March 25, 1998

**Original Offense:** Traveling Interstate with a Minor with the Intent to Engage in Sexual Activity, in violation of 18 U.S.C. §2423(b).

**Original Sentence:** One hundred and twenty (120) months in the custody of the Bureau of Prisons with a three (3)-year term of supervised release to follow. Special conditions included: sex offender treatment program, restricted computer use, no unsupervised contact withy a minor, search of the subject's person and property and full financial disclosure.

**Violation:** On September 20, 2010, a violation was filed charging that the subject had committed the offense of Endangering the Welfare of a Child, in violation of NYSPL 260.10.01, a Class A misdemeanor and that he had inappropriate contact with a minor.

**Revocation sentence:** On November 4, 2010, the subject pled guilty to this Petition andwas sentenced to nine (9) months in the custody of the Bureau of Prisons. This was to be followed with a term of two (2) years supervised release. Special conditions are those imposed in the original sentence and will remain in effect.

**Violation:** On September 20, 2010, a petition was forwarded to this Court charging the subject with a violation of his term of supervised release based upon his having committed the act of endangering the welfare of a child, in violation of NYSPL 260.10.01, a Class A misdemeanor. Note that on November 4, 2010, upon the subject's plea of guilty to Charge No. 2 of the petition, he was sentenced to nine (9) months in the custody of the Bureau of Prisons with a two (2)-year term of supervised release to follow. Upon the subject's release from custody of the Bureau of Prisons, his supervision was transferred to the Southern District of New York

**Type of Supervision:** Supervised release          **Date Supervision Commenced:** 01/13/09

RE: DAVID KRAUSE
1:97CR00169-001

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _ years, for a total term of _ years.
[X]   To modify the conditions of supervision as follows:

You shall comply with the conditions of home detention/curfew, which will be monitored by a Global Positioning Satellite system, for a period of six (6) months. You shall wear and/or carry (an) electronic monitoring device(s) and follow monitoring procedures specified by your probation officer as outlined in Probation Form 61. You shall pay a portion or the total cost of G.P.S. services at the daily rate provided by the U.S. Probation Office. The daily rate and payment schedule are subject to periodic adjustments by the U.S. Probation Office.

All previous terms and conditions are to remain in effect.

If the Court has any questions or concerns regarding this matter, please do not hesitate to contact this officer.

Respectfully submitted,

By: Wm. Brian Burns
Supervising U.S. Probation Officer
Date: October 5, 2011

RE:  DAVID KRAUSE
     1:97CR00169-001

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
William M. Skretny, Chief U.S. District Judge

_10/12/11_____
Date