UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.  Docket No: 1:97CR00169-001

David A. Krause

Defendant

## ORDER OF DISMISSAL

Now comes the United States Probation Office and moves for the dismissal of a Petition for an Offender Under Supervision issued by this Court on September 14, 2011, as the subject has appeared before this Court and has agreed to a modification of the terms of his supervised release. On October 4, 2011, the Court ordered the modification of the terms of supervised release to include six (6) months of curfew to be monitored electronically through GPS. On that date, the Court directed the Probation Office to prepare an Order of Dismissal along with a Petition for a Modification of the Terms of Supervised Release to reflect the above change. All other terms and conditions remain in effect.

Dated: Buffalo, New York, October 5, 2011

Respectfully submitted,

ANTHONY SAN GIACOMO
Chief U.S. Probation Officer
Western District of New York
234 U.S. Courthouse
Buffalo, New York 14202

BY: _____
Wm. Brian Burns,
Supervising U.S. Probation Officer

SO ORDERED:

_____
William M. Skretny,
Chief U.S. District Court Judge