AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAVID A. KRAUSE | ) | Case No.  97-CR-169 (001) |
| 1677 Broadway Street | ) | |
| Buffalo, New York 14212 | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DAVID KRAUSE                                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of supervised release

Date:  09/14/2011

*Issuing officer's signature*

City and state:   BUFFALO, NEW YORK

MICHAEL J. ROEMER, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 9/14/11, and the person was arrested on *(date)* 9/19/11
at *(city and state)* Buffalo, NY.

Date: 9/19/11

*Arresting officer's signature*

LEE M. ECKENRODE, USM
*Printed name and title*