IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

   -v-

DAVID A. KRAUSE,                                       1:97CR00169-001

        Defendant.

## SATISFACTION OF MONETARY JUDGMENT

The above-named defendant has paid in full and/or satisfied the monetary imposition (special assessment, fine, and/or restitution), imposed against the defendant on December 22, 1997.

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

DATED: Buffalo, New York, July 19, 2013.

                                            WILLIAM J. HOCHUL, JR.
                                           United States Attorney

               BY:   s/KEVIN D. ROBINSON
                     Assistant United States Attorney
                     United States Attorney's Office
                     Western District of New York
                     138 Delaware Avenue
                     Buffalo, New York   14202
                     (716) 843-5804
                     Kevin.D.Robinson@usdoj.gov